[No. 14197-7-III.    Division Three.    November 26, 1996.]
JOHN R. MOLSNESS, *Appellant*, v. THE CITY OF WALLA
WALLA, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 93-2-00351-1, Yancey Reser, J., entered July 6, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, C.J., and Munson, J. Now published at 84 Wn. App. 393.

[No. 15204-9-III.    Division Three.    November 26, 1996.]
THE STATE OF WASHINGTON, *on the Relation of* JARED
J. MIDDLETON, *Petitioner*, MERLA-DEE MIDDLETON,
*Appellant*, v. JAMES R. EZELL, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-5-00178-2, Carolyn A. Brown, J., entered September 1, 1995. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 18258-1-II.    Division Two.    November 27, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. RANDY
LEE FITCH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-8-01133-8, Karen B. Conoley, J., entered March 18, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Houghton, A.C.J., and Armstrong, J.

[No. 19139-3-II.    Division Two.    November 27, 1996.]
NORTHWEST METAL FAB & PIPE, INC., *Respondent*, v.
THE DEPARTMENT OF LABOR AND INDUSTRIES,
*Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-2-00785-2, James E. F. X. Warme, J., entered January 18, 1995. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Turner, JJ.